1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GREGORY BROWNLOW,

11            Plaintiff,                    No. CIV S-08-1125 LKK DAD P

12        vs.

13   K. MENDOZA-POWERS, et al.,

14            Defendants.              <u>ORDER</u>

15   _____/

16            Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil

17   rights action pursuant to 42 U.S.C. § 1983.  Plaintiff originally filed this action on October 27,

18   2004 in the U.S. District Court for the Northern District of California.   After more than three and

19   half years passed, that court transferred the action to this court on May 22, 2008.

20            Shortly after the transfer, on September 8, 2008, this court filed findings and

21   recommendations recommending that this action be dismissed due to plaintiff's failure to keep

22   the court apprised of his current address.  On September 22, 2008, plaintiff filed objections to

23   those findings and recommendations.  In light of those objections, the court will vacate the

24   findings and recommendations.

25            This court has now reviewed plaintiff's complaint originally filed in the U.S.

26   District Court for the Northern District of California.  In that complaint, plaintiff alleges

1

1    violations of his civil rights by defendants.  The alleged violations took place at Avenal State

2    Prison in Kings County, which is part of the Fresno Division of the United States District Court

3    for the Eastern District of California.  See Local Rule 3-120(d).

4            Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in

5    the proper division of a court may, on the court's own motion, be transferred to the proper

6    division of the court.  Therefore, this action will now be transferred to the Fresno Division of the

7    court.

8            Accordingly, IT IS HEREBY ORDERED that:

9            1.  The findings and recommendations, filed on September 8, 2008 (Doc. No. 21),

10   are vacated;

11           2.  This action is transferred to the United States District Court for the Eastern

12   District of California sitting in Fresno; and

13           3.  All future filings shall reference the new Fresno case number assigned and

14   shall be filed at:

15             United States District Court
               Eastern District of California

16             2500 Tulare Street
               Fresno, CA 93721

17

18   DATED: September 26, 2008.

19

20                   Dale A. Drozd

21                   DALE A. DROZD

                    UNITED STATES MAGISTRATE JUDGE

22   DAD:4
     brow1125.vac21

23

24

25

26

2