# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

|  |  |
|---|---|
| GREGORY BROWNLOW, CDCR #P-63997,<br><br>Plaintiff,<br><br>vs.<br><br>K. MENDOZA-POWERS, et al.<br><br>Defendants. | Civil No.   08-1455 JLS (RBB)<br><br>**ORDER :**<br><br>**(1) STRIKING MOTION FOR RELIEF FROM DEFAULT FROM THE DOCKET [Doc. No. 37]; and**<br><br>**(2) SUA SPONTE GRANTING EXTENSION OF TIME TO FILE NOTICE OF APPEAL**<br><br>**[Doc. No. 35]** |

On June 1, 2009, Plaintiff filed a "Motion for Relief from Default" [Doc. No. 37]. However, in the Court's May 13, 2009 Order Denying Plaintiff's Motion for Reconsideration, Plaintiff was informed that he would not be permitted to file any further motions in this action without prior approval of the Court. *See* May 13, 2009 Order at 4.  Plaintiff did not seek permission to file this Motion. Accordingly, the Clerk of Court is directed to strike Plaintiff's

Motion for Relief from Default [Doc. No. 37] from the Court's docket. In addition, the Court sua sponte grants Plaintiff an extension of time to file a Notice of Appeal of the Court's Order dated April 21, 2009. Plaintiff must file his Notice of Appeal no later than July 20, 2009.

**IT IS SO ORDERED.**

DATED: June 8, 2009

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge